UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LESLIE JAMES PICKERING,

                Plaintiff,

   v.

                                           14-CV-330

U.S. DEPARTMENT OF JUSTICE,

                Defendant.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendant, by its attorney, Michael S. Cerrone, Assistant United States Attorney, for Trini E. Ross, United States Attorney for the Western District of New York, hereby moves this Court for an order: (i) pursuant to Fed. R. Civ. P. 56, granting defendant summary judgment and dismissing plaintiff's complaint in its entirety with prejudice; and (ii) for such other and further relief as the Court may deem just or proper. This motion is brought on behalf of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (the "ATF"). Defendant's motion is supported by the Declaration of Peter J. Chisholm, dated April 27, 2018, together with the attached exhibits (Dkt. # 26, 32), Statement of Undisputed Facts (Dkt. # 25), and Memorandum of Law (Dkt. # 24).

ATF brought its summary judgment motion on April 27, 2018. Briefing on the motion was stayed due to the reasons discussed in the FBI's motion of March 17, 2023. ATF files this notice to make the parties and the Court aware that ATF's motion remains pending and not fully briefed. ATF will file reply papers, in accordance with the Court's scheduling order, in response to Plaintiff's opposition papers filed on May 31, 2018 (Dkt # 33-38) and any additional response Plaintiff may have at this time.

**PLEASE TAKE NOTICE THAT** the motion will be heard at the United States Courthouse, 2 Niagara Square, Buffalo, New York at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE THAT** defendant intends to serve and file reply papers and, therefore, any papers in opposition to this motion are due twenty-eight days from the date of service of this motion, pursuant to Local Rule 7(b)(2)(A).

DATED:  Buffalo, New York, March 17, 2023

TRINI E. ROSS
United States Attorney


BY:    s/MICHAEL S. CERRONE
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5851
michael.cerrone@usdoj.gov